**Exhibit A – Yates Affidavit**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION AT LAFAYETTE

| | |
|---|---|
| In re:<br><br>MAXIMUS SUPPLY CHAIN HOLDINGS, LLC, *et al.*,<br><br>Debtors.[1] | Case No. 24-40167<br><br>Chapter 11<br><br>(Joint Administration Requested) |

## **AFFIDAVIT OF ROSS T. YATES IN SUPPORT OF APPLICATION TO EMPLOY GUTWEIN LLP AS SPECIAL COUNSEL TO DEBTORS EFFECTIVE AS OF PETITION DATE**

1. I am an attorney duly admitted to practice law in the State of Indiana and practicing with the law firm Gutwein LLP ("**Gutwein**").

2. Gutwein's main office is currently located at 250 Main Street, Suite 590, Lafayette, IN 47901.

3. Neither BBF nor any shareholder of BBF is a creditor, an equity security holder, or an insider of Debtors.

4. Neither Gutwein nor any of its partners represent or hold any interest adverse to any of the Debtors or the bankruptcy estate with respect to the business operations and transactions for which Debtors seek to employ them.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number are: Maximus Supply Chain Holdings, LLC (6729); Maximus Transport Systems, LLC (9839); Maximus Logistics Corporation (0372); Maximus Industries Corporation (0902); Maximus Logistics Solutions, LLC (0372); Action SCS, LLC (1633); GC3 Logistics, Inc. (8844); and GC3 Warehousing, LLC (4132).

5. Gutwein will serve as special counsel to Debtors in connection with these bankruptcy cases and will be compensated based upon the fee arrangement described in the engagement letter attached hereto as **Exhibit 1**.

6. No understanding or agreement exists for a division of fees or compensation between me and any other person or entity, except any agreement may exist for the sharing of compensation among the partners or regular associate of Gutwein.

**I affirm under penalties for perjury that the foregoing statements are true.**

Date:  June 26, 2024

_____
Ross T. Yates

**<u>Exhibit 1 – Engagement Letter</u>**

June 25, 2024

**VIA EMAIL:** sam.bazzi@maximusgroupusa.com

Maximus Supply Chain Holdings, LLC
Maximus Transport Systems, LLC
Maximus Logistics Corporation
Maxmus Industries Corporation
Maximus Logistics Solutions, LLC
Action SCS, LLC
GC3 Logistics, Inc.
GC3 Warehousing, LLC

RE:     Chapter 11 Reorganization
        File No. TBD

Dear Sam:

Thank you for choosing Gutwein Law to represent Maximus Supply Chain Holdings, LLC, Maximus Transport Systems, LLC, Maximus Logistics Corporation, Maximus Industries Corporation, Maximus Logistics Solutions, LLC, Action SCS, LLC, GC3 Logistics, Inc., and GC3 Warehousing, LLC (collectively, the "Client") in connection with its reorganization with chapter 11 bankruptcy filings. We appreciate the trust and confidence you have shown in us. The purpose of this letter is to confirm the terms, goals, and responsibilities of our engagement.

**Terms of Our Engagement**.  Whenever we begin work with a new client or a new matter for an existing client, we require an engagement letter. I think that it is important that we get down in writing a common understanding of our relationship.  If you agree with the terms of this letter, I ask that you indicate your approval by signing and returning a copy of this letter to me.

Our policy is that we will commence work only after we receive a countersigned copy of this agreement. If we perform legal services before then, this agreement will govern until you notify us in writing that it is unacceptable, in which event we will perform no further legal services unless a mutually satisfactory agreement is reached.

**Fees are Based on Work Performed**.  We are committed to providing legal services in an effective and economical manner.  Services are billed on an hourly basis, with a minimum billing unit of .2 hours. Attorney billing rates range from $260.00-$600.00 an hour and professional staff billing rates range from $195.00-$260.00 an hour, together with expenses and filing fees advanced on your behalf. I mention the billing ranges for attorneys and professional staff because it might be more economical to have certain work performed by other individuals in our firm.  These billing rates are subject to adjustment without notice from time to time by the firm.

June 25, 2024
Page 2

In certain instances, other factors may be taken into consideration in determining our fees, including the responsibility and liability assumed, the novelty and difficulty of the legal problem involved, whether we are requested to issue a formal legal opinion associated with some facet of our representation, the benefit resulting to the client, and any unforeseen circumstances arising in the course of our representation.

**Invoices**. By default, we will provide invoices by electronic mail on a monthly basis. We typically bill on a monthly basis; however, we may provide invoices at other intervals based on progress of a particular project. The invoices will describe our services and itemize our expenses in accordance with our standard firm policies. These expenses include such items as travel and related expenses, computerized legal research, postage, and delivery or courier services.

**Prompt Payment**. Payment relating to all invoices will be due within thirty (30) days after the invoices are mailed. Invoices not paid within thirty (30) days of the invoice date shall be charged a late fee equal to 1.5% per month of the total unpaid balance. Subject to any limitations imposed by the Code of Professional Responsibility, we reserve the right to discontinue work on any aspect of this representation in the event that any invoice is not paid within sixty (60) days after the invoice is mailed.

If we are required to resort to collection proceedings to recover any amounts from you, we will also be entitled to recover, of course, all costs incurred in those collection proceedings, including reasonable attorney fees incurred by either us or by separate counsel. By signing and returning a copy of this letter, you agree that any collection proceedings shall be brought in the Superior or Circuit Court of Tippecanoe County, Indiana, and you consent to the jurisdiction of that court.

**Outside Counsel**.  During the course of our representation, we may encounter unique issues outside of our areas of experience.  We will use our professional judgment to determine when it would be appropriate for us to co-counsel with an attorney outside of our firm.

**Document Retention Policy**. It is our policy to scan and return original documents as soon as practicable, unless we require a document for continuing representation or the document is specifically entrusted to us for safekeeping, such as a corporate book or a Will. We will maintain an electronic copy of your file and will generally not retain a physical copy. Upon your written request, we will return any such original documents as well as provide an electronic copy of appropriate portions of your file.

**Termination by Either Party**. You have the right at any time to terminate our representation upon written notice. That termination will not relieve you, of course, of the obligation to pay for all services rendered before the termination.

We reserve the right to withdraw from this representation if, among other things, you fail to honor the terms of this engagement letter, you fail to cooperate or follow our advice on a

June 25, 2024
Page 3

material matter, or any fact or circumstance which would, in our view, render our continuing representation unlawful or unethical.

If we elect to withdraw from your representation, you agree to take all steps necessary to free us of any obligation to perform further and you agree to pay us for all services provided before withdrawal.

**Guaranty**.  Due to the nature of the businesses, and their relationship with the principal owner of the businesses, we require that the principal owners guarantee payment of all amounts owed to us by the Client, even though each entity mentioned above will be the Client.  This allows our continued representation of the Client throughout the matter regardless of the Client's financial strength.

**Conclusion**.  If the foregoing terms and conditions accurately summarize and confirm the understanding of our new attorney-client relationship, please indicate your approval and acceptance by dating, signing, and returning a copy of this letter.

Once again, we appreciate this opportunity to serve you.  Should you have any questions or concerns with regard to the matters discussed in this letter, please do not hesitate to contact me. We look forward to working with you.

Sincerely,

**GUTWEIN LAW**

Ross T. Yates
RTY/hrl

AGREED TO AND ACCEPTED:

**MAXIMUS SUPPLY CHAIN HOLDINGS, LLC**

By: _Sam Bazzi_
Sam Bazzi, President and CEO
Date: June 25, 2024

DocuSign Envelope ID: 43FCAD72-751A-4247-896B-C19113BE09B2

June 25, 2024
Page 4

**MAXIMUS TRANSPORT SYSTEMS, LLC**

By: *Sam Bazzi*
    E0CF3D75BA02423...

**Sam Bazzi, President and CEO**

Date: June 25, 2024

**MAXIMUS LOGISTICS CORPORATION**

By: *Sam Bazzi*
    E0CF3D75BA02423...

**Sam Bazzi, President and CEO**

Date: June 25, 2024

**MAXIMUS INDUSTRIES CORPORATION**

By: *Sam Bazzi*
    E0CF3D75BA02423...

**Sam Bazzi, President and CEO**

Date: June 25, 2024

**MAXIMUS LOGISTICS SOLUTIONS, LLC**

By: *Sam Bazzi*
    E0CF3D75BA02423...

**Sam Bazzi, President and CEO**

Date: June 25, 2024

**ACTION SCS, LLC**

By: *Sam Bazzi*
    E0CF3D75BA02423...

**Sam Bazzi, President and CEO**

Date: June 25, 2024

**GC3 LOGISTICS, INC.**

By: *Sam Bazzi*
    E0CF3D75BA02423...

**Sam Bazzi, President and CEO**

Date: June 25, 2024

DocuSign Envelope ID: 43FCAD72-751A-4247-896B-C19113BE09B2

June 25, 2024
Page 5

**GC3 WAREHOUSING, LLC**

By: *Sam Bazzi* (DocuSigned, E0CF3D75BA02423...)

**Sam Bazzi, President and CEO**

Date: June 25, 2024

## GUARANTY

The undersigned ("Guarantor") hereby agrees that such Guarantor shall be personally responsible for the payment of all fees, charges or other amounts due to Gutwein Law pursuant to the foregoing engagement letter regarding the representation of the Client entered into between Client and Gutwein Law.

**GUARANTOR**:

*Sam Bazzi* (DocuSigned, E0CF3D75BA02423...)

**Sam Bazzi**