# UNITED STATES BANKRUPTCY COURT
### Northern District of Indiana
### Hammond Division at Lafayette

| | |
|---|---|
| In Re: Debtor(s) (name(s) and address)<br>Maximus Supply Chain Holdings, LLC<br>85–3036729<br>3535 Brady Lane<br>Lafayette, IN 47909 | )<br>)<br>)<br>) Case Number: 24–40167–reg<br>)<br>)<br>)<br>)<br>)<br>)<br>) Chapter: 11<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF DOCKET ENTRY

On June 28, 2024 , the following entry was made on the docket in this case:

> A preliminary hearing was held on June 28, 2024 regarding Debtor's emergency motion to use cash collateral 5 with Sarah Fowler, counsel for debtor, and Kay Baird, counsel for Centier Bank, present. The motion may be granted as per the revised proposed order. A final hearing is scheduled for July 22, 2024 at 10:00 a.m. (alm)

Amber E. Craig<br>
Clerk, United States Bankruptcy Court

Document No. 31 – 5