**Fill in this information to identify the case and this filing:**

Debtor Name __**Maximus Supply Chain Holdings, LLC**__

United States Bankruptcy Court for the: __**Northern District of Indiana**__

Case number (*If known*): __**24-40167**__

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors 12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property (*Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases (*Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☑ *Amended Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ *Other document that requires a declaration* _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __07/16/2024__
MM/DD/YYYY

✗ _____
Signature of individual signing on behalf of debtor

**Sam Bazzi**
Printed name

**President/CEO**
Position or relationship to debtor

**Fill in this information to identify your case:**

Debtor Name    **Maximus Supply Chain Holdings, LLC**

United States Bankruptcy Court for the:    **Northern District of Indiana**

Case number (*If known*):    **24-40167**

☑ Check if this is an amended filing

Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an** *insider*, **as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |

Copyright © Financial Software Solutions, LLC

BlueStylus

**Fill in this information to identify your case:**

Debtor Name    **Maximus Supply Chain Holdings, LLC**

United States Bankruptcy Court for the:    **Northern District of Indiana**

Case number (*If known*):    **24-40167**

☐ Check if this is an amended filing

## Official Form 206Sum

## Summary of Your Assets and Liabilities for Non-Individuals    12/15

---

| Part 1: | Summary of Assets |
| --- | --- |

1. *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B* ............................................................................    $ _____ 0.00

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B* ...........................................................................    $ _____ 150,415.01

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B* .............................................................................    $ _____ 150,415.01

---

| Part 2: | Summarize Your Liabilities |
| --- | --- |

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of Schedule D...........................    $ _____ 17,249,420.57

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*...........................................    $ _____ 0.00

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..........................    + $ _____ 0.00

4. **Total liabilities** ..................................................................................................................    $ _____ 17,249,420.57
    Lines 2 + 3a + 3b

---

Copyright © Financial Software Solutions, LLC    BlueStylus

**Fill in this information to identify your case:**

Debtor Name   **Maximus Supply Chain Holdings, LLC**

United States Bankruptcy Court for the:   **Northern District of Indiana**

Case number *(if known)*   **24-40167**

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property

**12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.

   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |

2. **Cash on hand**                                                                                              $ _____ 0.00

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- |
| 3.1   Centier Bank | Checking Account | 9946 | $ _____ 150,415.01 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

   $ _____ 150,415.01

Debtor  **Maximus Supply Chain Holdings, LLC**          Case number *(if known)*  **24-40167**
_____                           _____
Name

---

| Part 2: | **Deposits and prepayments** |

6. **Does the debtor have any deposits or prepayments?**
   - ☑ No. Go to Part 3.
   - ☐ Yes. Fill in the information below.

   **Current value of debtor's interest**

7. **Deposits, including security deposits and utility deposits**
   Description, including name of holder of deposit

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
   Description, including name of holder of prepayment

9. **Total of Part 2**
   Add lines 7 through 8. Copy the total to line 81.

   $_____ **0.00**

---

| Part 3: | **Accounts receivable** |

10. **Does the debtor have any accounts receivable?**
   - ☑ No. Go to Part 4.
   - ☐ Yes. Fill in the information below.

   **Current value of debtor's interest**

11. **Accounts receivable**

   **11a. 90 days old or less:** _____ **0.00** – _____ **0.00** = $_____ **0.00**
                                face amount          doubtful or uncollectible accounts

   **11b. Over 90 days old:** _____ **0.00** – _____ **0.00** = $_____ **0.00**
                              face amount          doubtful or uncollectible accounts

12. **Total of Part 3**
   Current value on lines 11a + 11b = line 12. Copy the total to line 82.

   $_____ **0.00**

---

Copyright © Financial Software Solutions, LLC
BlueStylus

| Debtor | **Maximus Supply Chain Holdings, LLC** | Case number *(if known)* | **24-40167** |
|---|---|---|---|
| | Name | | |

---

| **Part 4:** | **Investments** |
|---|---|

13. **Does the debtor own any investments?**
   ☐ No. Go to Part 5.
   ☑ Yes. Fill in the information below.

| | | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**

   Name of fund or stock:

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

   Name of entity:                    % of ownership:

| | Name of entity | % of ownership | Valuation method | Current value |
|---|---|---|---|---|
| 15.1 | AND-LEX Properties LLC | 100.00 % | | $ Unknown |
| 15.2 | AWMS LLC | 100.00 % | | $ 0.00 |
| 15.3 | Maximus Logistics Corporation | 100.00 % | | $ Unknown |
| 15.4 | Maximus Logistics Solutions, LLC | 100.00 % | | $ Unknown |
| 15.5 | Maximus Transport Systems, LLC | 100.00 % | | $ Unknown |
| 15.6 | MSCH INVESTMENTS LLC | 100.00 % | | $ 0.00 |
| 15.7 | VELOCITY TRANSPORT SYSTEMS LLC | 100.00 % | | $ 0.00 |

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

   Describe:

17. **Total of Part 4**

   Add lines 14 through 16. Copy the total to line 83.

| | |
|---|---|
| $ | **0.00** |

---

Copyright © Financial Software Solutions, LLC                    BlueStylus

| Debtor | **Maximus Supply Chain Holdings, LLC** | | Case number *(if known)* | **24-40167** |
|---|---|---|---|---|
| | Name | | | |

---

## Part 5:  Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**
    - ☒ No. Go to Part 6.
    - ☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

19. **Raw materials**

20. **Work in progress**

21. **Finished goods, including goods held for resale**

22. **Other inventory or supplies**

23. **Total of Part 5**
    Add lines 19 through 22. Copy the total to line 84.

    $ _____ 0.00

24. **Is any of the property listed in Part 5 perishable?**
    - ☒ No
    - ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
    - ☒ No
    - ☐ Yes.

    Book value  $ _____ 0.00  Valuation method _____  Current Value  $ _____ 0.00

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
    - ☒ No
    - ☐ Yes

---

## Part 6:  Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**
    - ☒ No. Go to Part 7.
    - ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

28. **Crops—either planted or harvested**

| _____ | $ _____ 0.00 | _____ | $ _____ 0.00 |
|---|---|---|---|

---

Copyright © Financial Software Solutions, LLC    BlueStylus

| Debtor | **Maximus Supply Chain Holdings, LLC** | | Case number *(if known)* | **24-40167** |
| --- | --- | --- | --- | --- |
| | Name | | | |

29. **Farm animals** *Examples:* Livestock, poultry, farm-raised fish

_____  $ _____ **0.00**    _____  $ _____ **0.00**

30. **Farm machinery and equipment (Other than titled motor vehicles)**

_____  $ _____ **0.00**    _____  $ _____ **0.00**

31. **Farm and fishing supplies, chemicals, and feed**

_____  $ _____ **0.00**    _____  $ _____ **0.00**

32. **Other farming and fishing-related property not already listed in Part 6**

_____  $ _____ **0.00**    _____  $ _____ **0.00**

33. **Total of Part 6.**

Add lines 28 through 32. Copy the total to line 85.

$ _____ **0.00**

34. **Is the debtor a member of an agricultural cooperative?**
☒ No
☐ Yes. Is any of the debtor's property stored at the cooperative?
  ☒ No
  ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
☒ No
☐ Yes

  Book value  $ _____ **0.00**  Valuation method _____  Current Value  $ _____ **0.00**

36. **Is a depreciation schedule available for any of the property listed in Part 6?**
☒ No
☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**
☒ No
☐ Yes

**Schedule A/B: Property — Real and Personal Property**

Copyright © Financial Software Solutions, LLC

| Debtor | **Maximus Supply Chain Holdings, LLC** | Case number *(if known)* | **24-40167** |
|---|---|---|---|
| | Name | | |

---

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☒ No. Go to Part 8.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. Office furniture** | | | |
| _____ | $ _____ 0.00 | _____ | $ _____ 0.00 |
| **40. Office fixtures** | | | |
| _____ | $ _____ 0.00 | _____ | $ _____ 0.00 |
| **41. Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| _____ | $ _____ 0.00 | _____ | $ _____ 0.00 |
| **42. Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| _____ | $ _____ 0.00 | _____ | $ _____ 0.00 |

**43. Total of Part 7.**

Add lines 38 through 42. Copy the total to line 86.

$ _____ 0.00

**44. Is a depreciation schedule available for any of the property listed in Part 7?**

☒ No

☐ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☒ No

☐ Yes

---

Copyright © Financial Software Solutions, LLC     BlueStylus

Debtor    **Maximus Supply Chain Holdings, LLC**                                    Case number *(if known)*    **24-40167**
_____
Name

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**
    ☑ No. Go to Part 9.
    ☐ Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| _____ | $ _____ 0.00 | _____ | $ _____ 0.00 |
| 48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| _____ | $ _____ 0.00 | _____ | $ _____ 0.00 |
| 49. **Aircraft and accessories** | | | |
| _____ | $ _____ 0.00 | _____ | $ _____ 0.00 |
| 50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| _____ | $ _____ 0.00 | _____ | $ _____ 0.00 |

51. **Total of Part 8.**
    Add lines 47 through 50. Copy the total to line 87.                                    $ _____ 0.00

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
    ☑ No
    ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
    ☑ No
    ☐ Yes

| Part 9: | Real property |
|---|---|

54. **Does the debtor own or lease any real property?**
    ☑ No. Go to Part 10.
    ☐ Yes. Fill in the information below.

Copyright © Financial Software Solutions, LLC                                                                                    BlueStylus

| Debtor | **Maximus Supply Chain Holdings, LLC** | Case number *(if known)* | **24-40167** |
|---|---|---|---|
| | Name | | |

**55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| | | | | |

**56. Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$ _____ **0.00**

**57. Is a depreciation schedule available for any of the property listed in Part 9?**
☒ No
☐ Yes

**58. Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☒ No
☐ Yes

---

**Part 10:    Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**
☒ No. Go to Part 11.
☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60. Patents, copyrights, trademarks, and trade secrets** _____ | $ _____ **0.00** | _____ | $ _____ **0.00** |
| **61. Internet domain names and websites** _____ | $ _____ **0.00** | _____ | $ _____ **0.00** |
| **62. Licenses, franchises, and royalties** _____ | $ _____ **0.00** | _____ | $ _____ **0.00** |
| **63. Customer lists, mailing lists, or other compilations** _____ | $ _____ **0.00** | _____ | $ _____ **0.00** |
| **64. Other intangibles, or intellectual property** _____ | $ _____ **0.00** | _____ | $ _____ **0.00** |

Copyright © Financial Software Solutions, LLC

Debtor    **Maximus Supply Chain Holdings, LLC**                    Case number *(if known)*    **24-40167**
     Name

65. **Goodwill**

_____    $_____ **0.00**    _____    $_____ **0.00**

66. **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.                    $_____ **0.00**

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?
☒ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☒ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☒ No
☐ Yes

---

**Part 11:**    **All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.
☒ No. Go to Part 12.
☐ Yes. Fill in the information below.

| | **Current value of debtor's interest** |
|---|---|

71. **Notes receivable**
Description (include name of obligor)

_____    _____ **0.00**  –  _____ **0.00**  =  $_____ **0.00**
             Total face amount       doubtful or uncollectible accounts

72. **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

_____    Tax Year _____    $_____ **0.00**

73. **Interests in insurance policies or annuities**

_____    $_____ **0.00**

---

Copyright © Financial Software Solutions, LLC

| Debtor | **Maximus Supply Chain Holdings, LLC** | Case number *(if known)* | **24-40167** |
|---|---|---|---|
| | Name | | |

**74. Causes of action against third parties (whether or not a lawsuit has been filed)**

                                                                       $           **0.00**

    **Nature of claim**

    **Amount requested**     $        **0.00**

**75. Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

                                                                            $          **0.00**

    **Nature of claim**

    **Amount requested**     $        **0.00**

**76. Trusts, equitable or future interests in property**

                                                                                      $          **0.00**

**77. Other property of any kind not already listed** *Examples:* Season tickets, country club membership

                                                                                       $          **0.00**

**78. Total of Part 11.**

    Add lines 71 through 77. Copy the total to line 90.

                                                                  $          **0.00**

**79. Has any of the property listed in Part 11 been appraised by a professional within the last year?**

    ☑ No

    ☐ Yes

---

**Part 12:**   **Summary**

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ **150,415.01** | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ **0.00** | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ **0.00** | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ **0.00** | |

Copyright © Financial Software Solutions, LLC

Debtor    **Maximus Supply Chain Holdings, LLC**                      Case number *(if known)*  **24-40167**
_____                   _____
          Name

84  **Inventory.** *Copy line 23, Part 5.*                          $ _____ **0.00**

85.  **Farming and fishing-related assets.** *Copy line 33, Part 6.*   $ _____ **0.00**

86.  **Office furniture, fixtures, and equipment; and collectibles.**
     *Copy line 43, Part 7.*                                        $ _____ **0.00**

87.  **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.*   $ _____ **0.00**

88.  **Real property.** *Copy line 56, Part 9.* .................................➔    $ _____ **0.00**

89.  **Intangibles and intellectual property.** *Copy line 66, Part 10.*   $ _____ **0.00**

90.  **All other assets.** *Copy line 78, Part 11.*            ✚  $ _____ **0.00**

91.  **Total.** Add lines 80 through 90 for each column...................... 91a.   $ _____ **150,415.01**   ✚ 91b.  $ _____ **0.00**

92.  **Total of all property on Schedule A/B.** Lines 91a + 91b = 92.   .......................................................................   $ _____ **150,415.01**

Copyright © Financial Software Solutions, LLC                                                                                                 BlueStylus

**Fill in this information to identify your case:**

Debtor Name    **Maximus Supply Chain Holdings, LLC**

United States Bankruptcy Court for the:    **Northern District of Indiana**

Case number (*If known*):    **24-40167**

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible

1. **Do any creditors have claims secured by your property?**
   ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
   ☒ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

| | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

**2.1**

**Creditor's Name**

**CAMBRIDGE VENTURES LP**

**Creditor's mailing address**
**4181 East 96th Street Suite 200**
**INDIANAPOLIS, IN 46240**

**Creditor's email address, if known**

Date debt was incurred    **7/14/2021**

Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  ☐ Yes. The relative priority of creditors is specified on lines

**Describe debtor's property that is subject to a lien**

$ 80,465.47    $ 0.00

**Describe the lien**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed

**Description**

Loan Agreement

Copyright © Financial Software Solutions, LLC

Debtor    **Maximus Supply Chain Holdings, LLC**                              Case number *(if known)*    **24-40167**
                Name

---

| **2.2** | Creditor's Name | | | | | |
|---|---|---|---|---|---|---|

**Creditor's Name**

**Centier Bank**

**Describe debtor's property that is subject to a lien**

| 3.1 Checking Account, Centier Bank 9946 | $ | **8,440,496.75** | $ | **0.00** |

**Creditor's mailing address**
**600 East 84th Ave**
**Merrillville, IN 46410**

**Creditor's email address, if known**
_____

**Describe the lien**
_____

**Description**

| Loan Agreements |

**Date debt was incurred**    **10/19/2022**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Last 4 digits of account number**    _____

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this
       creditor, and its relative priority. _____

   ☐ Yes. The relative priority of creditors is
       specified on lines _____

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed

---

| **2.3** | Creditor's Name | | | | | |
|---|---|---|---|---|---|---|

**Creditor's Name**

**COMMUNITY INVESTMENT FUND OF INDIANA**

**Describe debtor's property that is subject to a lien**

|  | $ | **95,594.33** | $ | **0.00** |

**Creditor's mailing address**
**4181 EST 96TH ST**
**INDIANAPOLIS, IN 46240**

**Creditor's email address, if known**
_____

**Describe the lien**
_____

**Description**

| Loan Agreement |

**Date debt was incurred**    **6/28/2021**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Last 4 digits of account number**    _____

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this
       creditor, and its relative priority. _____

   ☐ Yes. The relative priority of creditors is
       specified on lines _____

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed

---

Copyright © Financial Software Solutions, LLC                                                                                    BlueStylus

Debtor    **Maximus Supply Chain Holdings, LLC**                    Case number *(if known)*    **24-40167**
          _____
          Name

---

| 2.4 | Creditor's Name | Describe debtor's property that is subject to a lien | |
|---|---|---|---|

**First Business Bank**                                    $____411,420.10  $_____0.00

**Creditor's mailing address**
**3850 Priority Way South Drive**
**Indianapolis, IN 46240**

**Creditor's email address, if known**          **Describe the lien**          Description

                                                                                **Lease/Secured Debt**

Date debt was incurred    9/15/2021          **Is the creditor an insider or related party?**
                                             ☑ No
Last 4 digits of account number _____       ☐ Yes

**Do multiple creditors have an interest in the same property?**    **Is anyone else liable on this claim?**
☑ No                                             ☑ No
☐ Yes. Have you already specified the relative priority?    ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).
  ☐ No.  Specify each creditor, including this
         creditor, and its relative priority.    **As of the petition filing date, the claim is:**
         _____          Check all that apply.
                                                 ☐ Contingent
  ☐ Yes. The relative priority of creditors is    ☑ Unliquidated
         specified on lines _____        ☐ Disputed

---

| 2.5 | Creditor's Name | Describe debtor's property that is subject to a lien | |
|---|---|---|---|

**Indiana Community Business Credit Corp**                    $____905,511.72  $_____0.00

**Creditor's mailing address**
**4181 East 96th Street Suite 200**
**INDIANAPOLIS, IN 46240**

**Creditor's email address, if known**          **Describe the lien**          Description

                                                                                **Loan Agreement**

Date debt was incurred    6/24/2021          **Is the creditor an insider or related party?**
                                             ☑ No
Last 4 digits of account number _____       ☐ Yes

**Do multiple creditors have an interest in the same property?**    **Is anyone else liable on this claim?**
☑ No                                             ☑ No
☐ Yes. Have you already specified the relative priority?    ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).
  ☐ No.  Specify each creditor, including this
         creditor, and its relative priority.    **As of the petition filing date, the claim is:**
         _____          Check all that apply.
                                                 ☐ Contingent
  ☐ Yes. The relative priority of creditors is    ☑ Unliquidated
         specified on lines _____        ☐ Disputed

---

Copyright © Financial Software Solutions, LLC                    BlueStylus

| Debtor | **Maximus Supply Chain Holdings, LLC** | Case number *(if known)* | **24-40167** |
|---|---|---|---|
| | Name | | |

---

| 2.6 | **Creditor's Name** | **Describe debtor's property that is subject to a lien** | |
|---|---|---|---|

**JX FINANCIAL INC**

$ _____753,660.91   $ _____0.00

**Creditor's mailing address**
**PO BOX 409**
**HARTLAND, WI 53029**

**Creditor's email address, if known**

_____

| **Describe the lien** | **Description** |
|---|---|
| _____ | **Lease/Secured Debt** |

**Date debt was incurred**    4/8/2021

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Last 4 digits of account number**    _____

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?
    ☐ No.  Specify each creditor, including this
        creditor, and its relative priority.
        _____

    ☐ Yes. The relative priority of creditors is
        specified on lines  _____

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed

---

| 2.7 | **Creditor's Name** | **Describe debtor's property that is subject to a lien** | |
|---|---|---|---|

**Lynx Capital Corporation**

$ _____308,788.00   $ _____0.00

**Creditor's mailing address**
**4181 East 96th Street Suite 200**
**INDIANAPOLIS, IN 46240**

**Creditor's email address, if known**

_____

| **Describe the lien** | **Description** |
|---|---|
| _____ | **Loan Agreement** |

**Date debt was incurred**    6/24/2021

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Last 4 digits of account number**    _____

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?
    ☐ No.  Specify each creditor, including this
        creditor, and its relative priority.
        _____

    ☐ Yes. The relative priority of creditors is
        specified on lines  _____

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed

---

Copyright © Financial Software Solutions, LLC

| Debtor | **Maximus Supply Chain Holdings, LLC** | Case number *(if known)* | **24-40167** |
|---|---|---|---|
| | Name | | |

---

| **2.8** | **Creditor's Name** | | | **Describe debtor's property that is subject to a lien** | | |
|---|---|---|---|---|---|---|

**M&T EQUIPMENT FINANCE CORPORATION**

$ **798,642.09**  $ **0.00**

**Creditor's mailing address**
**4225 NAPERVILLE RD SUITE 175**
**Lisle, IL 60532**

**Creditor's email address, if known**

**Describe the lien**

**Description**
**Lease/Secured Debt**

**Date debt was incurred**    **12/13/2022**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?
   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed

---

| **2.9** | **Creditor's Name** | | | **Describe debtor's property that is subject to a lien** | | |
|---|---|---|---|---|---|---|

**MERIDIAN EQUIPMENT FINANCE LLC**

$ **44,274.47**  $ **0.00**

**Creditor's mailing address**
**9 OLD LINCOLN HIGHWAY**
**MALVERN, PA 19355**

**Creditor's email address, if known**

**Describe the lien**

**Description**
**Lease/Secured Debt**

**Date debt was incurred**    **4/23/2021**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?
   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed

---

Copyright © Financial Software Solutions, LLC

Debtor    **Maximus Supply Chain Holdings, LLC**                                    Case number *(if known)*    **24-40167**
          Name

---

| **2.10** | **Creditor's Name** | **Describe debtor's property that is subject to a lien** | | |

**OP 4 Loan Fund LLC**

Creditor's mailing address
**4181 East 96th Street Suite 200**
**INDIANAPOLIS, IN 46240**

$    **4,000,000.00**    $    **0.00**

Creditor's email address, if known                      **Describe the lien**                    **Description**

                                                        **Loan Agreement**

Date debt was incurred    **4/11/2023**          **Is the creditor an insider or related party?**
                                                  ☒ No
Last 4 digits of account number _____            ☐ Yes

**Do multiple creditors have an interest in the same property?**
☒ No                                              **Is anyone else liable on this claim?**
☐ Yes. Have you already specified the relative priority?    ☒ No
    ☐ No. Specify each creditor, including this    ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).
        creditor, and its relative priority.
        _____              **As of the petition filing date, the claim is:**
                                                  Check all that apply.
    ☐ Yes. The relative priority of creditors is     ☐ Contingent
        specified on lines _____    ☒ Unliquidated
                                                  ☐ Disputed

---

| **2.11** | **Creditor's Name** | **Describe debtor's property that is subject to a lien** | | |

**Wells Fargo**

Creditor's mailing address
**420 Montgomery Street**
**San Francisco, CA 94104**

$    **1,410,566.73**    $    **0.00**

Creditor's email address, if known                      **Describe the lien**                    **Description**

                                                         **Lease/Secured Debt**

Date debt was incurred    **1/11/2023**          **Is the creditor an insider or related party?**
                                                  ☒ No
Last 4 digits of account number _____            ☐ Yes

**Do multiple creditors have an interest in the same property?**
☒ No                                              **Is anyone else liable on this claim?**
☐ Yes. Have you already specified the relative priority?    ☒ No
    ☐ No. Specify each creditor, including this    ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).
        creditor, and its relative priority.
        _____              **As of the petition filing date, the claim is:**
                                                  Check all that apply.
    ☐ Yes. The relative priority of creditors is     ☒ Contingent
        specified on lines _____    ☒ Unliquidated
                                                  ☐ Disputed

---

**3.  Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any**          $ **17,249,420.57**

---

| Debtor | **Maximus Supply Chain Holdings, LLC** | Case number *(if known)* | **24-40167** |
|---|---|---|---|
| | Name | | |

---

| **Part 2:** | **List Others to Be Notified for a Debt That You Already Listed in Part 1** |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

**If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.**

| **Name and Address** | **On which line in Part 1 did you enter the related creditor?** | **Last 4 digits of account number for this entity** |
|---|---|---|

Copyright © Financial Software Solutions, LLC    BlueStylus

**Fill in this information to identify your case:**

Debtor **Maximus Supply Chain Holdings, LLC**

United States Bankruptcy Court for the: **Northern District of Indiana**

Case number (*If known*): **24-40167**

☐ Check if this is an amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:    List All Creditors with PRIORITY Unsecured Claims**

1.    **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507.)
    ☐ No. Go to Part 2.
    ☑ Yes. Go to line 2.

2.    **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1

| | | Total Claim | Priority Amount |
|---|---|---|---|

**2.1**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total Claim | Priority Amount |
|---|---|---|---|
| **INDIANA DEPARTMENT OF REVENUE** **100 NORTH SENATE AVENUE   MS 108** **INDIANAPOLIS, IN 46204** | ☐ Contingent ☐ Unliquidated ☐ Disputed | $ 0.00 | $ 0.00 |

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( _____ )

**Description**

**Taxes**

Copyright © Financial Software Solutions, LLC

Debtor  **Maximus Supply Chain Holdings, LLC**                    Case number *(if known)*  **24-40167**
_____Name_____

---

**2.2** | **Priority creditor's name and mailing address**

**INTERNAL REVENUE SERVICE**

**PO BOX 7346**

**Philadelphia, PA 19101**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____0.00  $ _____0.00

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**Basis for the claim:**

_____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Description**

| Taxes |
|---|

---

**2.3** | **Priority creditor's name and mailing address**

**Tippecanoe County, Indiana**

**20 North Third Street**

**Lafayette, IN 47901**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____Unknown  $ _____Unknown

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**Basis for the claim:**

_____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Description**

| Taxes |
|---|

---

| Debtor | **Maximus Supply Chain Holdings, LLC** | Case number *(if known)* | **24-40167** |
|---|---|---|---|
| | Name | | |

---

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

**3.**  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

<table>
<tr><td colspan="3" align="right">Amount of claim</td></tr>
</table>

**4.1**  Nonpriority creditor's name and mailing address

**STAG Lafayette 2, LLC**

**One Federal Street, 23rd Floor**

**Boston, MA 02110**

As of the petition filing date, the claim is:
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

$ _____ **Unknown**

Date or dates debt was incurred

**4/5/2021**

Basis for the claim:

_____

Last 4 digits of account number _____

Is the claim subject to offset?

☒ No
☐ Yes

Description

Guaranty of Lease

---

**4.2**  Nonpriority creditor's name and mailing address

**Tempus Maximus, LLC**

**One Allied Drive, Suite 1715**

**Little Rock, AR 72202**

As of the petition filing date, the claim is:
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

$ _____ **Unknown**

Date or dates debt was incurred

**3/15/24**

Basis for the claim:

_____

Last 4 digits of account number _____

Is the claim subject to offset?

☒ No
☐ Yes

Description

Guaranty of Lease

---

Copyright © Financial Software Solutions, LLC

| Debtor | **Maximus Supply Chain Holdings, LLC** | Case number *(if known)* | **24-40167** |
|---|---|---|---|
| | Name | | |

---

**Part 3:    List Others to Be Notified About Unsecured Claims**

4.    List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number |
|---|---|---|

---

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.    Add the amounts of priority and nonpriority unsecured claims.

|  |  | **Total of claim amounts** |
|---|---|---|
| 5a. | Total claims from Part 1 | 5a. | $ _____ 0.00 |
| 5b. | Total claims from Part 2 | 5b. | **+** $ _____ 0.00 |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ _____ 0.00 |

Copyright © Financial Software Solutions, LLC

BlueStylus

**Fill in this information to identify your case:**

Debtor Name __**Maximus Supply Chain Holdings, LLC**__

United States Bankruptcy Court for the: __Northern District of Indiana__

Case number (*If known*): __24-40167_____     Chapter __11__

☐ Check if this is an
  amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases                    12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

1.   **Does the debtor have any executory contracts or unexpired leases?**

  ☑ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

  ☐ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B).*

| 2.   **List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

Copyright © Financial Software Solutions, LLC          BlueStylus

<table>
<tr><td colspan="2"><strong>Fill in this information to identify your case:</strong></td></tr>
</table>

Debtor Name    **Maximus Supply Chain Holdings, LLC**

United States Bankruptcy Court for the:  **Northern District of Indiana**

Case number (*If known*):        **24-40167**

☐ Check if this is an
amended filing

## Official Form 206H

# Schedule H: Your Codebtors                                                12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**
   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
   ☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors,** *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name and description** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| **GC3 Logistics, Inc.**<br>Name | **3535 Brady Lane**<br>Number    Street | <br>Name | ☑ D _____ <br> ☑ E/F _____ <br> ☑ G _____ |
| _____<br>Description | **Lafayette        IN    47909**<br>City            State    Zip Code | | |
| **Maximus Industries Corporation**<br>Name | **3535 Brady Lane**<br>Number    Street | <br>Name | ☑ D _____ <br> ☑ E/F _____ <br> ☑ G _____ |
| _____<br>Description | **Lafayette        IN    47909**<br>City            State    Zip Code | | |
| **Maximus Logistics Corporation**<br>Name | **3535 Brady Lane**<br>Number    Street | <br>Name | ☑ D _____ <br> ☑ E/F _____ <br> ☑ G _____ |
| _____<br>Description | **Lafayette        IN    47909**<br>City            State    Zip Code | | |
| **Maximus Logistics Solutions, LLC**<br>Name | **3535 Brady Lane**<br>Number    Street | <br>Name | ☑ D _____ <br> ☑ E/F _____ <br> ☑ G _____ |
| _____<br>Description | **Lafayette        IN    47909**<br>City            State    Zip Code | | |

Copyright © Financial Software Solutions, LLC                                                    BlueStylus

| Debtor | **Maximus Supply Chain Holdings, LLC** | Case number *(if known)* | **24-40167** |
|---|---|---|---|
| | Name | | |

**Maximus Transport Systems, LLC**
Name

**3535 Brady Lane**
Number    Street

Description

**Lafayette**          **IN**        **47909**
City                State    Zip Code

Name

☑ D
☑ E/F
☑ G

---

**Action SCS LLC**
Name

**3535 Brady Lane**
Number    Street

Description

**Lafayette**          **IN**        **47909**
City                State    Zip Code

Name

☑ D
☑ E/F
☑ G

---

**GC3 Warehousing LLC**
Name

**3535 Brady Lane**
Number    Street

Description

**Lafayette**          **IN**        **47909**
City                State    Zip Code

Name

☑ D
☑ E/F
☑ G

---

**Sam Bazzi**
Name

**3535 Brady Lane**
Number    Street

Description

**Lafayette**          **IN**        **47909**
City                State    Zip Code

Name

☑ D
☑ E/F
☑ G

Copyright © Financial Software Solutions, LLC          BlueStylus

**Fill in this information to identify your case:**

Debtor name **Maximus Supply Chain Holdings, LLC**

United States Bankruptcy Court for the: **Northern District of Indiana**

Case number *(if known)*: **24-40167**

☐ Check if this is an amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

## Part 1:    Income

1. **Gross revenue from business**

   ☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | Sources of income<br>Check all that apply. | Gross income<br>(before deductions and exclusions) |
|---|---|---|---|
| From the beginning of the fiscal year to filing date: | From **1/1/2024** to Filing date<br>MM/DD/YYYY | ☑ Operating a business<br>☐ Other ___ | $ **-631,745.69** |
| For prior year: | From **1/1/2023** to **12/31/2023**<br>MM/DD/YYYY    MM/DD/YYYY | ☑ Operating a business<br>☐ Other ___ | $ **-1,770,820.00** |
| For the year before that: | From **1/1/2022** to **12/31/2022**<br>MM/DD/YYYY    MM/DD/YYYY | ☑ Operating a business<br>☐ Other ___ | $ **0.00** |

2. **Non-business revenue**

   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☑ None

| | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|---|
| From the beginning of the fiscal year to filing date: | From ___ to Filing date<br>MM/DD/YYYY | ___ | $ ___ |
| For prior year: | From ___ to ___<br>MM/DD/YYYY    MM/DD/YYYY | ___ | $ ___ |
| For the year before that: | From ___ to ___<br>MM/DD/YYYY    MM/DD/YYYY | ___ | $ ___ |

## Part 2:    List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**

   List payments or transfers–including expense reimbursements–to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None

Copyright © Financial Software Solutions, LLC

Debtor    **Maximus Supply Chain Holdings, LLC**                                    Case number (if known)    **24-40167**
_____
Name

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| **3.1** **See attached Exhibit** | | $        0.00 | ☐ Secured debt |
| Creditor's Name | | | ☐ Unsecured loan repayments |
| | | | ☐ Suppliers or vendors |
| Number      Street | | | ☐ Services |
| | | | ☐ Other _____ |
| City                State  ZIP Code | | | |

4.    **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☒ None

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| **4.1** | | $_____ | |
| Insider's Name | | | |
| Number      Street | | | |
| City                State  ZIP Code | | | |
| **Relationship to debtor** | | | |

5.    **Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☒ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|
| **5.1** | | | $_____ |
| Creditor's Name | | | |
| Number      Street | | | |
| City                State  ZIP Code | | | |

6.    **Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☒ None

Copyright © Financial Software Solutions, LLC                                                    BlueStylus

Debtor  **Maximus Supply Chain Holdings, LLC**                         Case number *(if known)*  **24-40167**
 _____
 Name

| 6.1 | Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|---|

Creditor's Name
_____

_____
Number     Street

_____                              Last 4 digits of account number:
City                State   ZIP Code                          XXXX– _____

Date action was taken: _____

Amount: $ _____

---

**Part 3:**   **Legal Actions or Assignments**

7.  **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1 | **MAXIMUS INDUSTRIES CORPORATION, et al. v. CENTIER BANK** | | **Tippecanoe Superior Court 2**<br>Creditor's Name | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| | Case Number | | | |
| | **79D02-2404-MI-000097** | | **301 Main Street**<br>Number     Street | |
| | | | **Lafayette          IN    47901**<br>City              State   ZIP Code | |

8.  **Assignments and receivership**

   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

   ☑ None

| 8.1 | Custodian's name and address | Description of the property | Value |
|---|---|---|---|

Custodian's name
_____

_____
Number     Street

_____
City                State   ZIP Code

Case title
_____

Case number
_____

Date of order or assignment
_____

Value: $ _____

Court name and address
Court's Name
_____

_____
Number     Street

_____
City                State   ZIP Code

---

Copyright © Financial Software Solutions, LLC        BlueStylus

| Debtor | Maximus Supply Chain Holdings, LLC | Case number *(if known)* | 24-40167 |
|---|---|---|---|
| | Name | | |

---

**Part 4:**  **Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☒ None

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| **9.1** | _____ | | _____ | $ _____ |
| | Recipient's Name | | | |
| | _____ | | | |
| | Number        Street | | | |
| | _____ | | | |
| | City                State   ZIP Code | | | |
| | Recipient's relationship to debtor | | | |
| | _____ | | | |

---

**Part 5:**  **Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☒ None

| | Description of the property lost and how the loss occurred | Amount of payments received for the loss<br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br>List unpaid claims on Official Form 106A/B (Schedule A/B: Assets – Real and Personal Property). | Date of loss | Value of property lost |
|---|---|---|---|---|
| **10.1** | | _____ | _____ | $ _____ |

---

**Part 6:**  **Certain Payments or Transfers**

11. **Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

---

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

Copyright © Financial Software Solutions, LLC

Debtor    **Maximus Supply Chain Holdings, LLC**          Case number *(if known)*    **24-40167**
Name

| Who was paid or received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|

**11.1**   **Blackwell, Burke & Fowler, P.C.**      **Retainer and Filing Fees**          $    **47,380.00**
Recipient's Name

**101 W. Ohio Street, Suite 1700**
Number     Street

**Indianapolis           IN     46204**
City                    State   ZIP Code

**Email or website address**

Who made the payment, if not debtor?

**Maximus Logistics Solutions LLC**

12.  **Self-settled trusts of which the debtor is a beneficiary**

   List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
   Do not include transfers already listed on this statement.

   ☒ None

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| **12.1** | | | $ |
| **Trustee** | | | |

13.  **Transfers not already listed on this statement**

   List any transfers of money or other property–by sale, trade, or any other means–made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

   ☒ None

| Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| **13.1** | | | $ |
| Recipient's Name | | | |
| Number     Street | | | |
| City          State   ZIP Code | | | |
| **Relationship to debtor** | | | |

| Debtor | **Maximus Supply Chain Holdings, LLC** | Case number *(if known)* | **24-40167** |
|---|---|---|---|
| | Name | | |

---

| Part 7: | **Previous Locations** |
|---|---|

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☒ Does not apply

---

| Part 8: | **Health Care Bankruptcies** |
|---|---|

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
— diagnosing or treating injury, deformity, or disease, or
— providing any surgical, psychiatric, drug treatment, or obstetric care?

☒ No. Go to Part 9.
☐ Yes. Fill in the information below.

| **Facility name and address** | **Nature of the business operation, including type of services the debtor provides** | **If debtor provides meals and housing, number of patients in debtor's care** |
|---|---|---|

**15.1**

Facility Name

_____

| | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. | **How are records kept?** |
|---|---|---|

Number     Street

City     State   ZIP Code

*Check all that apply:*
☐ Electronically
☐ Paper

---

| Part 9: | **Personally Identifiable Information** |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

☒ No.
☐ Yes. State the nature of the information collected and retained. _____

   Does the debtor have a privacy policy about that information?
   ☐ No
   ☐ Yes

---

Copyright © Financial Software Solutions, LLC

| Debtor | Maximus Supply Chain Holdings, LLC | Case number *(if known)* | 24-40167 |
|---|---|---|---|
| | Name | | |

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.

☑ Yes.  Does the debtor serve as plan administrator?

    ☐ No. Go to Part 10.

    ☑ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| Maximus Supply Chain Holdings LLC 401K Plan # 298678 | 85-3036729 |

Has the plan been terminated?

☑ No

☐ Yes

---

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| | Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1 | _____<br>Name<br><br>_____<br>Number     Street<br><br>_____<br>City          State   ZIP Code | XXXX–____ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other _____ | _____ | $ _____ |

19. **Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| | Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|---|
| 19.1 | _____<br>Name<br><br>_____<br>Number     Street<br><br>_____<br>City          State   ZIP Code | <br>Address<br> | | ☑ No<br>☐ Yes |

---

Copyright © Financial Software Solutions, LLC

| Debtor | **Maximus Supply Chain Holdings, LLC** | Case number *(if known)* | **24-40167** |
|---|---|---|---|
| | Name | | |

**20.** **Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| | Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|---|
| **20.1** | _____<br>Name | | | ☐ No<br>☑ Yes |
| | | **Address** | | |
| | _____<br>Number    Street | | | |
| | _____<br>City          State   ZIP Code | | | |

---

**Part 11:**  **Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21.** **Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| | Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|---|
| **21.1** | **Great Dane - Brazil**<br>Owner's Name<br><br>**2664 East, US 40**<br>Number    Street<br><br>**Brazil             IN    47834**<br>City          State   ZIP Code | **3535 Brady Lane, Lafayette, IN 47909** | **Consignment Inventory - Unknown Value** | $          0.00 |
| **21.2** | **Great Dane - Statesboro**<br>Owner's Name<br><br>**177 Gateway Blvd**<br>Number    Street<br><br>**Statesboro        GA   30458**<br>City          State   ZIP Code | **3535 Brady Lane, Lafayette, IN 47909** | **Consignment Inventory - Unknown Value** | $          0.00 |

Copyright © Financial Software Solutions, LLC                                                                                                    BlueStylus

| Debtor | **Maximus Supply Chain Holdings, LLC** | Case number *(if known)* | **24-40167** |
|---|---|---|---|
| | Name | | |

| | Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|---|
| **21.3** | **Heartland Automotive LLC** <br> Owner's Name <br><br> **3700 David Howarth Dr.** <br> Number      Street <br><br> **Lafayette        IN      47909** <br> City              State   ZIP Code | **3701 David Howarth Dr. Lafayette, IN 47909 and 3535 Brady Lane, Lafayette, IN 47909** | **Consignment Inventory - Unknown Value** | $          0.00 |
| **21.4** | **Hydro- Extrusions North America** <br> Owner's Name <br><br> **6250 N River Rd #5000** <br> Number      Street <br><br> **Des Plaines          IL      60018** <br> City              State   ZIP Code | **3535 Brady Lane, Lafayette, IN 47909** | **Consignment Inventory - Unknown Value** | $          0.00 |
| **21.5** | **Wabash National Corporation** <br> Owner's Name <br><br> **1000 Sagamore Pkwy S** <br> Number      Street <br><br> **Lafayette        IN      47905** <br> City              State   ZIP Code | **3535 Brady Lane, Lafayette, IN 47909** | **Consignment Inventory - Unknown Value** | $          0.00 |

---

**Part 12:    Details About Environmental Information**

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).
- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.
- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☒ No
☐ Yes. Provide details below.

---

Copyright © Financial Software Solutions, LLC                                                                                          BlueStylus

Debtor    **Maximus Supply Chain Holdings, LLC**          Case number *(if known)*  **24-40167**
_____
Name

| Case title | Court or agency name and address | Nature of case | Status of case |
|---|---|---|---|
| **22.1** _____ | | | ☐ Pending |
| | Name _____ | | ☐ On appeal |
| **Case Number** | | | ☐ Concluded |
| _____ | Number    Street _____ | | |
| | _____ | | |
| | City            State   ZIP Code | | |

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**
   ☒ No
   ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| **23.1** _____ | _____ | | _____ |
| Name | Name | | |
| _____ | _____ | | |
| Number    Street | Number    Street | | |
| _____ | _____ | | |
| City      State   ZIP Code | City      State   ZIP Code | | |

24. **Has the debtor notified any governmental unit of any release of hazardous material?**
   ☒ No
   ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| **24.1** _____ | _____ | | _____ |
| Name | Name | | |
| _____ | _____ | | |
| Number    Street | Number    Street | | |
| _____ | _____ | | |
| City      State   ZIP Code | City      State   ZIP Code | | |

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
   List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.
   ☐ None

Copyright © Financial Software Solutions, LLC

Debtor    **Maximus Supply Chain Holdings, LLC**                                    Case number *(if known)*    **24-40167**
      Name

| Business name and address | Describe the nature of the business | Employer Identification number |
|---|---|---|
| | | Do not include Social Security number or ITIN. |
| **25.1** **Action SCS LLC** <br> Name | **Transportation** | EIN: **26- 335163** |
| | | **Dates business existed** |
| **3535 Brady Lane** <br> Number    Street | | From **10/14/2012**  To **Present** |
| **Lafayette**          **IN**    **47909** <br> City                State    ZIP Code | | |

| Business name and address | Describe the nature of the business | Employer Identification number |
|---|---|---|
| | | Do not include Social Security number or ITIN. |
| **25.2** **AND-LEX Properties LLC** <br> Name | **Owns 16.11 acres of land at 3525 Brady Lane, Lafayette, IN that is encumbered by a first and second mortgage.** | EIN: |
| | | **Dates business existed** |
| **3535 Brady Lane** <br> Number    Street | | From **12/3/2021**  To **Present** |
| **Lafayette**          **IN**    **47909** <br> City                State    ZIP Code | | |

| Business name and address | Describe the nature of the business | Employer Identification number |
|---|---|---|
| | | Do not include Social Security number or ITIN. |
| **25.3** **AWMS LLC** <br> Name | **No Assets or Business Operations** | EIN: |
| | | **Dates business existed** |
| **3535 Brady Lane** <br> Number    Street | | From **9/7/2022**  To **Present** |
| **Lafayette**          **IN**    **47909** <br> City                State    ZIP Code | | |

| Business name and address | Describe the nature of the business | Employer Identification number |
|---|---|---|
| | | Do not include Social Security number or ITIN. |
| **25.4** **GC3 Logistics, Inc.** <br> Name | **Manufacturing and Logistics** | EIN: **20- 552884** |
| | | **Dates business existed** |
| **3535 Brady Lane** <br> Number    Street | | From **1/17/2006**  To **Present** |
| **Lafayette**          **IN**    **47909** <br> City                State    ZIP Code | | |

Copyright © Financial Software Solutions, LLC                                        BlueStylus

Debtor    **Maximus Supply Chain Holdings, LLC**                     Case number *(if known)*    24-40167
          Name

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| **25.5**  **GC3 Warehousing, LLC**<br>Name<br><br>**3535 Brady Lane**<br>Number    Street<br><br>**Lafayette**          **IN**    **47909**<br>City          State    ZIP Code | **Warehousing and Logistics** | EIN:  **47- 333413**<br><br>Dates business existed<br><br>From    **3/6/2015**    To    **Present** |
| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
| **25.6**  **Maximus Industries Corporation**<br>Name<br><br>**3535 Brady Lane**<br>Number    Street<br><br>**Lafayette**          **IN**    **47909**<br>City          State    ZIP Code | **Manufacturing and Logistics** | EIN:  **85- 278090**<br><br>Dates business existed<br><br>From    **8/7/2020**    To    **Present** |
| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
| **25.7**  **Maximus Logistics Corporation**<br>Name<br><br>**3535 Brady Lane**<br>Number    Street<br><br>**Lafayette**          **IN**    **47909**<br>City          State    ZIP Code | **Manufacturing and Logistics** | EIN:  **83- 155290**<br><br>Dates business existed<br><br>From    **8/20/2018**    To    **Present** |
| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
| **25.8**  **Maximus Logistics Solutions, LLC**<br>Name<br><br>**3535 Brady Lane**<br>Number    Street<br><br>**Lafayette**          **IN**    **47909**<br>City          State    ZIP Code | **Warehousing and Logistics** | EIN:  **85- 293037**<br><br>Dates business existed<br><br>From    **9/9/2020**    To    **Present** |

Copyright © Financial Software Solutions, LLC                                                         BlueStylus

Debtor    **Maximus Supply Chain Holdings, LLC**                                Case number *(if known)*    **24-40167**
          Name

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|

**25.9**  **Maximus Transport Systems, LLC**          **Transportation**          EIN:  **85- 293983**
          Name

          **3535 Brady Lane**          | Dates business existed
          Number     Street

                                                                                  From  **9/9/2020**  To  **Present**

          **Lafayette**          **IN**    **47909**
          City          State   ZIP Code

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|

**25.10**  **MSCH INVESTMENTS LLC**          **No Assets or Business Operations**          EIN:  _____
          Name

          **3535 Brady Lane**          | Dates business existed
          Number     Street

                                                                                  From  **9/5/2023**   To  **Present**

          **Lafayette**          **IN**    **47909**
          City          State   ZIP Code

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|

          **VELOCITY TRANSPORT SYSTEMS LLC**          **No Assets or Business Operations**          EIN:  _____
**25.11**
          Name

          **3535 Brady Lane**          | Dates business existed
          Number     Street

                                                                                  From  **9/28/2022**  To  **Present**

          **Lafayette**          **IN**    **47909**
          City          State   ZIP Code

---

26.    **Books, records, and financial statements**

       26a.   List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

              ☐   None

| Name and address | Dates of service |
|---|---|

**26a.1**  **Julie Swain**          From  **10/26/2020**  To  **6/30/2023**
          Name

          **3242 N Charlais Cir**
          Number     Street

          **Delphi**          **IN**    **46923**
          City          State   ZIP Code

---

Debtor  **Maximus Supply Chain Holdings, LLC**                    Case number *(if known)*   **24-40167**
      Name

| | Name and address | | | Dates of service | | |
|---|---|---|---|---|---|---|
| **26a.2** | **Katie Brenneke** | | | From | **11/2/2020** | To **4/14/2023** |
| | Name | | | | | |
| | **701 Grey Goose Lane** | | | | | |
| | Number     Street | | | | | |
| | **West Lafayette** | **IN** | **47906** | | | |
| | City | State | ZIP Code | | | |

| | Name and address | | | Dates of service | | |
|---|---|---|---|---|---|---|
| **26a.3** | **Kenton Meyer** | | | From | **8/8/2023** | To **Present** |
| | Name | | | | | |
| | **174 North Summerfield Dr** | | | | | |
| | Number     Street | | | | | |
| | **Valparaiso** | **IN** | **46385** | | | |
| | City | State | ZIP Code | | | |

| | Name and address | | | Dates of service | | |
|---|---|---|---|---|---|---|
| **26a.4** | **Michael Waling** | | | From | **9/19/2023** | To **7/17/2023** |
| | Name | | | | | |
| | **3235 Runyon Dr** | | | | | |
| | Number     Street | | | | | |
| | **Lafayette** | **IN** | **47909** | | | |
| | City | State | ZIP Code | | | |

| | Name and address | | | Dates of service | | |
|---|---|---|---|---|---|---|
| **26a.5** | **Mike Basey** | | | From | **11/6/2023** | To **Present** |
| | Name | | | | | |
| | **2602 Finch Blvd** | | | | | |
| | Number     Street | | | | | |
| | **Lebanon** | **IN** | **46052** | | | |
| | City | State | ZIP Code | | | |

| | Name and address | | | Dates of service | | |
|---|---|---|---|---|---|---|
| **26a.6** | **Rebecca Fleming** | | | From | **10/4/2022** | To **6/9/2023** |
| | Name | | | | | |
| | **4828 Little Pine Dr** | | | | | |
| | Number     Street | | | | | |
| | **West Lafayette** | **IN** | **47906** | | | |
| | City | State | ZIP Code | | | |

Copyright © Financial Software Solutions, LLC                BlueStylus

Debtor    **Maximus Supply Chain Holdings, LLC**                                    Case number *(if known)*    **24-40167**
Name

| Name and address | Dates of service |
|---|---|
| **26a.7**  **Tony Pells**<br>Name | From  **7/17/2023**  To  **Present** |
| **16834 Greensboro Dr**<br>Number        Street | |
| **Westfield**                    **IN**    **46074**<br>City                        State    ZIP Code | |

26b.  List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐  None

| Name and address | Dates of service |
|---|---|
| **26b.1**  **Girardot, Strauch & Co.**<br>Name | From  **6/1/2023**  To  **7/1/2023** |
| **316 Main St**<br>Number        Street | |
| **Lafayette**                    **IN**    **47901**<br>City                        State    ZIP Code | |

| Name and address | Dates of service |
|---|---|
| **26b.2**  **Huth Thompson LLP**<br>Name | From  **8/1/2020**  To  **1/1/2023** |
| **415 Columbia St #2000**<br>Number        Street | |
| **Lafayette**                    **IN**    **47901**<br>City                        State    ZIP Code | |

| Name and address | Dates of service |
|---|---|
| **26b.3**  **Pricewaterhouse Coopers**<br>Name | From  **9/1/2023**  To  **Present** |
| **101 W Washington St Suite 1300**<br>Number        Street | |
| **Indianapolis**                    **IN**    **46204**<br>City                        State    ZIP Code | |

26c.  List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐  None

Copyright © Financial Software Solutions, LLC                                                    BlueStylus

Debtor    **Maximus Supply Chain Holdings, LLC**                                    Case number *(if known)*    **24-40167**
          Name

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| **26c.1**   **Pricewaterhouse Coopers**<br>Name<br><br>**101 W Washington St Suite 1300**<br>Number        Street<br><br>**Indianapolis**                    **IN**    **46204**<br>City                                State    ZIP Code | |

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| **26c.2**   **Sam Bazzi**<br>Name<br><br>**3535 Brady Lane**<br>Number        Street<br><br>**Lafayette**                    **IN**    **47909**<br>City                                State    ZIP Code | |

26d.   List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐    None

| Name and address |
|---|
| **26d.1**   **Cambridge Capital Management Corp.**<br>Name<br><br>**4181 E. 96th Street, Suite 200**<br>Number        Street<br><br>**Indianapolis**                    **IN**    **46240**<br>City                                State    ZIP Code |

| Name and address |
|---|
| **26d.2**   **Centier Bank**<br>Name<br><br>**600 E. 84th Ave.**<br>Number        Street<br><br>**Merrillville**                    **IN**    **46410**<br>City                                State    ZIP Code |

| Name and address |
|---|
| **26d.3**   **Continental Tire Continental Tire the Americas, LLC**<br>Name<br><br>**1830 Macmillan Park Drive**<br>Number        Street<br><br>**Indianapolis**                    **IN**    **46204**<br>City                                State    ZIP Code |

| Debtor | **Maximus Supply Chain Holdings, LLC** | | Case number *(if known)* | **24-40167** |
|---|---|---|---|---|
| | Name | | | |

---

**Name and address**

**26d.4**  **Finloc 2000 (U.S.A.) Inc.**
Name

**8593 State Highway 77**
Number          Street

| **Oran** | **MO** | **63771** |
|---|---|---|
| City | State | ZIP Code |

---

**Name and address**

**26d.5**  **Hydro- Extrusions North America**
Name

**6250 N River Rd #5000**
Number          Street

| **Des Plaines** | **IL** | **60018** |
|---|---|---|
| City | State | ZIP Code |

---

**Name and address**

**26d.6**  **M&T Bank**
Name

**One M&T Plaza**
Number          Street

| **Buffalo** | **NY** | **14203** |
|---|---|---|
| City | State | ZIP Code |

---

**Name and address**

**26d.7**  **Summit Holdings/Bridgefield**
Name

**PO Box 988**
Number          Street

| **Lakeland** | **FL** | **33802-0988** |
|---|---|---|
| City | State | ZIP Code |

---

**Name and address**

**26d.8**  **U.S. Small Business Administration**
Name

**409 Third St SW**
Number          Street

| **Washington** | **DC** | **20416** |
|---|---|---|
| City | State | ZIP Code |

---

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

Copyright © Financial Software Solutions, LLC                                                                    BlueStylus

Debtor    **Maximus Supply Chain Holdings, LLC**                                    Case number *(if known)*    **24-40167**
_____
Name

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No
☒ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | **12/31/2023** | $ _____ **0.00** |

| Name and address of the person who has possession of inventory records |
|---|

27.1    **Pricewaterhouse Coopers**
_____
Name

**101 W Washington St Suite 1300**
_____
Number            Street

**Indianapolis**                                    **IN**        **46204**
_____
City                                                 State      ZIP Code

28.  List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| 28.1   **Sam Bazzi** | **3535 Brady Lane**<br>**Lafayette, IN 47909** | **CEO/President** | **100.00** |

29.  Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☒ No
☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| 29.1   _____ | _____ | _____ | From _____ To **Present** |

30. **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☒ Yes. Identify below.

Debtor    **Maximus Supply Chain Holdings, LLC**
Name                                                                Case number *(if known)*    **24-40167**

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| **30.1 Inna Bazzi**<br>Recipient's Name<br><br>**16 Eucalyptus**<br>Number      Street<br><br>**Newport Coast      CA    92657**<br>City            State    ZIP Code<br><br>Relationship to debtor<br>**Spouse of Sole Shareholder** | **$80,000** | **Paid Weekly** | **Salary** |

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| **30.2 Sam Bazzi**<br>Recipient's Name<br><br>**3535 Brady Lane**<br>Number      Street<br><br>**Lafayette      IN    47909**<br>City            State    ZIP Code<br><br>Relationship to debtor<br>**Owner** | **Salary: $390,000<br>Compensation for R&D: $426,000** | **Paid Weekly** | **Salary and Other Compensation** |

31.  **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☐ No

☑ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| **Maximus Supply Chain Holdings, LLC** | EIN:  **85-3036729** |

32.  **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
|  | EIN: |

Copyright © Financial Software Solutions, LLC                                                                    BlueStylus

| Debtor | **Maximus Supply Chain Holdings, LLC** | | Case number *(if known)* | 24-40167 |
|---|---|---|---|---|
| | Name | | | |

<table>
<tr><td colspan="2" style="background:black;color:white">**Part 14:**    **Signature and Declaration**</td></tr>
</table>

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    07/16/2024
              MM/DD/YYYY

✗ _____     Printed name    Sam Bazzi
    Signature of individual signing on behalf of the debtor

Position or relationship to debtor    President/CEO

**Are additional pages to** *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* **(Official Form 207) attached?**

☒ No
☐ Yes

Copyright © Financial Software Solutions, LLC                                                     BlueStylus

**CENTIER BANK**
**MAXIMUS SUPPLY CHAIN HOLDINGS**
**ACCOUNT 9946**

| Date | Description | Transaction Description | Debit | Credit | Cust. Ref. / Check | Running Balance |
|------|-------------|------------------------|-------|--------|--------------------|-----------------|
| 6/17/2024 | Misc Debit | Monthly installment June | $21,000.00 | | 0 | $150,452.01 |
| 5/21/2024 | Misc Debit | Payroll PE 5/19 | $199,725.70 | | 0 | $285,778.14 |
| 5/16/2024 | Misc Debit | Payroll | $207,293.43 | | 0 | $750,842.12 |
| 5/16/2024 | Misc Debit | May 19, 2024 installment | $26,980.63 | | 0 | $958,135.55 |
| 4/19/2024 | ACH Debit Receive | ADP PAYROLL FEES ADP FEES | $7,476.47 | | 0 | $2,866.12 |
| 4/17/2024 | Misc Debit | WEX Fuel Past due bill 4/10/24 | $56,000.00 | | 0 | $9,545.07 |
| 4/17/2024 | Misc Debit | Monthly Installment-April 2024 | $35,872.65 | | 0 | $65,545.07 |
| 4/17/2024 | Misc Debit | Monthly Installment-April 2024 | $26,980.63 | | 0 | $101,417.72 |
| 4/17/2024 | Misc Debit | Monthly Installment-April 2024 | $4,279.88 | | 0 | $128,398.35 |
| 4/15/2024 | ACH Debit Receive | ADP PAYROLL FEES ADP FEES | $375.00 | | 0 | $9,920.03 |
| 4/12/2024 | ACH Debit Receive | ADP PAYROLL FEES ADP FEES | $1,439.30 | | 0 | $10,295.03 |
| 4/3/2024 | ACH Debit Receive | ADP 401K ADP 401K | $7,181.01 | | 0 | ($11,825.54) |
| 4/3/2024 | ACH Debit Receive | ADP 401K ADP 401K | $4,450.68 | | 0 | ($4,644.53) |
| 4/3/2024 | ACH Debit Receive | ADP 401K ADP 401K | $1,062.56 | | 0 | ($193.85) |
| 3/26/2024 | ACH Debit Receive | ADP 401K ADP 401K | $7,254.63 | | 0 | ($19,950.50) |
| 3/26/2024 | ACH Debit Receive | ADP 401K ADP 401K | $4,150.29 | | 0 | ($12,695.87) |
| 3/26/2024 | ACH Debit Receive | ADP 401K ADP 401K | $1,090.95 | | 0 | ($8,545.58) |

# United States Bankruptcy Court

## Northern District of Indiana

In re  **Maximus Supply Chain Holdings, LLC**

Debtor(s)

Case No.  **24-40167**

Chapter  **11**

# AMENDED VERIFICATION OF CREDITOR MATRIX

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date:  07/16/2024

Signature of Debtor

Copyright © Financial Software Solutions, LLC

**CAMBRIDGE VENTURES LP**
**4181 East 96th Street Suite 200**
**INDIANAPOLIS, IN 46240**

**Centier Bank**
**600 East 84th Ave**
**Merrillville, IN 46410**

**COMMUNITY INVESTMENT FUND OF INDIANA**
**4181 EST 96TH ST**
**INDIANAPOLIS, IN 46240**

**First Business Bank**
**3850 Priority Way South Drive**
**Indianapolis, IN 46240**

**Indiana Community Business Credit Corp**
**4181 East 96th Street Suite 200**
**INDIANAPOLIS, IN 46240**

**INDIANA DEPARTMENT OF REVENUE**
**100 NORTH SENATE AVENUE   MS 108**
**INDIANAPOLIS, IN 46204**

**INTERNAL REVENUE SERVICE**
**PO BOX 7346**
**Philadelphia, PA 19101**

**JX FINANCIAL INC**
**PO BOX 409**
**HARTLAND, WI 53029**

**Lynx Capital Corporation**
**4181 East 96th Street Suite 200**
**INDIANAPOLIS, IN 46240**

Copyright © Financial Software Solutions, LLC

**M&T EQUIPMENT FINANCE CORPORATION**
**4225 NAPERVILLE RD SUITE 175**
**Lisle, IL 60532**


**MERIDIAN EQUIPMENT FINANCE LLC**
**9 OLD LINCOLN HIGHWAY**
**MALVERN, PA 19355**


**OP 4 Loan Fund LLC**
**4181 East 96th Street Suite 200**
**INDIANAPOLIS, IN 46240**


**Sam Bazzi**
**3535 Brady Lane**
**Lafayette, IN 47909**


**STAG Lafayette 2, LLC**
**One Federal Street, 23rd Floor**
**Boston, MA 02110**


**Tempus Maximus, LLC**
**One Allied Drive, Suite 1715**
**Little Rock, AR 72202**


**Tippecanoe County, Indiana**
**20 North Third Street**
**Lafayette, IN 47901**


**Wells Fargo**
**420 Montgomery Street**
**San Francisco, CA 94104**

Copyright © Financial Software Solutions, LLC